O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MARK A. VINZANT, ) | Case No. EDCV 07-00024 VAP (AJW) |
| Plaintiff, ) | |
| ) | ORDER ADOPTING REPORT |
| v. ) | AND RECOMMENDATION OF |
| ) | MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, ) et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

**IT IS SO ORDERED**.

DATED:  _September 24, 2008

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge