1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   MARK A. VINZANT,                    )      Case No. EDCV 07-0024-VAP(AJW)
                                         )
12                   Plaintiff,          )
                                         )      ORDER ACCEPTING IN PART AND
13         v.                            )      DECLINING TO ACCEPT IN PART
                                         )      REPORT & RECOMMENDATION OF
14   UNITED STATES OF                    )      U.S. MAGISTRATE JUDGE,, AND
     AMERICA, et al.,                    )      GRANTING DEFENDANTS' MOTION
15                                       )      FOR SUMMARY JUDGMENT
                                         )
16                   Defendants.         )
     _____        )
17

18

19
           Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the
20
     Report and Recommendation of Magistrate Judge ("Report") and the
21
     objections to the Report filed by both parties.  Good cause appearing, after
22
     having made a de novo determination of the portions to which objections
23
     were directed, the Court accepts those findings and recommendations in the
24
     Report except those portions regarding Plaintiff's allegations of an Eighth
25
     Amendment right violation due to an alleged delay in scheduling physical
26
     therapy after November 28, 2005.
27

28

1    As to those portions of the Report (found at pages 31-33 and 35-36),

2  regarding the delay in providing physical therapy after November 28, 2005,

3  the Court declines to accept the findings and recommendations of the

4  Magistrate Judge.

5

6    As found in the Report, Plaintiff's refusal to follow medical orders to stop

7  wearing a cervical collar resulted in weakening of his neck muscles and

8  consequent pain and stiffness in his neck.  On November 28, 2005,

9  approximately four months after the motor vehicle accident, Dr. Fernandez

10  ordered physical therapy for Plaintiff's cervical pain.  To the extent Plaintiff is

11  now attempting to raise a claim that the delay in scheduling physical therapy

12  constituted a violation of his right under the Eighth Amendment to medical

13  care while incarcerated, it is a new claim not raised properly.  As Defendants

14  point out in their Objections, in his deposition Plaintiff identified only three

15  bases for his Eighth Amendment claim:  lack of consultation/diagnosis by an

16  orthopedic specialist; failure to receive chiropractic care, aquatic therapy and

17  electrical stimulation; and failure to receive more pain medication.  See Doc.

18  No. 115, attachment 14 (Depo. of Mark Vinzant) at 95-98.  (Count 2 of

19  Plaintiff's First Amended Complaint, the Bivens claim, pleads the claim only in

20  general terms, e.g., "Defendants, their agents and employees, with

21  knowledge of plaintiff's medical needs, and/or with deliberate indifference to

22  such medical needs, have acted or failed to act in such a way as to deprive

23  plaintiff of necessary and adequate medical care thereby endangering [t]he

24  plaintiff's health and well being. "  (First Amended Complaint ¶ 36; Doc. No.

25  66.)  Even if Plaintiff had identified the failure to schedule physical therapy in

26  his opposition to Defendants' summary judgment motion, which he did not,

27  that would not have been sufficient.  A defendant has no obligation to

28  respond to allegations outside the pleadings, and the Court need not consider

1    them.  See Wasco Prods. Inc. v. Southwall Techs., Inc., 435 F.3d 989, 992

2    (9th Cir. 2006) ("Simply put, summary judgment is not a procedural second

3    chance to flesh out inadequate pleadings.") (quoting Fleming v. Lind-Waldock

4    & Co., 922 F.2d 20, 24 (1st Cir. 1990)). Taha v. Engstrand, 987 F.2d 505, 507

5    (8th Cir. 1993) (theory of liability outside the pleadings is not a ground for

6    denying summary judgment).

7

8        Accordingly, the Court grants summary judgment in favor of  the federal

9    Defendants on all remaining claims against them.

10

11

12

13

14   Dated:  December 8, 2011

15                                              VIRGINIA A. PHILLIPS
                                                United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28