UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VINZANT, ) | Case No. EDCV 07-0024 VAP(AJW) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| UNITED STATES OF AMERICA, et al., ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Allen, Jesus Fernandez, S.A. Holincek, Mesra, Louis Sterling and Plaintiff shall take nothing on his Complaint.  This action is DISMISSED with prejudice.  The Court orders that such judgment be entered.

Dated: December 8, 2011

VIRGINIA A. PHILLIPS
United States District Judge