United States District Court
Central District of California

United States District Court
Central District of California

JS-6

FILED
CLERK, U.S. DISTRICT COURT
OCT 04, 2017
CENTRAL DISTRICT OF CALIFORNIA
BY: ____BH____ DEPUTY

Mark A. Vinzant,
            Plaintiff,

v.

Jesus Fernandez, et al.
            Defendants.

ED 07-CV-24-VAP-AJW

**Judgment**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order granting Defendants' Motion for Summary Judgment filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   10/4/17

                                                     Virginia A. Phillips
                                                     Chief United States District Judge